1  J. Andrew Coombs (SBN 123881)
2  Annie S. Wang (SBN 243027)
   J. Andrew Coombs, A P. C.
3  517 E. Wilson Ave., Suite 202
   Glendale, California 91206
4  Telephone: (818) 500-3200
   Facsimile:  (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
7  Attorneys for Plaintiff Nike, Inc.

*ORIGINAL FILED NOV - 5 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Nike, Inc. | ) Case No. CV-07-5607 JW RS |
|---|---|
| Plaintiff, | ) NOTICE OF INTERESTED PARTIES |
| v. | ) |
| Imad Fawzi Ghaith, an individual and d/b/a The Twilight Zone and Does 1 through 10, inclusive, | ) CIVIL LOCAL RULE 3-16(c)(1) |
| Defendants. | ) |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 1, 2007

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorney for Plaintiff, Nike, Inc.