BYRON C. THOMPSON (SBN 85675)
**LAW OFFICES OF BYRON C. THOMPSON**
1714 Franklin Street, Suite 350
Oakland, CA  94612
Telephone: (510)835-1600
Facsimile: (510)835-2077

Attorney for Defendant
**IMAD FAWZI GHAITH**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NIKE, INC. | NO: CV O7 5607JW |
| Plaintiff,<br>v. | **ANSWER TO COMPLAINT** |
| IMAD FAWZI GHAITH, INDIVIDUALLY AND DOING BUSINESS AS THE TWILIGT ZONE ET. AL., | |
| Defendants. | |

      Defendant, Imad Gawzi Ghaith, hereby answers, avers, and otherwise responds to the complaint on file herein as follows:

      1.   This answering defendant admits that jurisdiction over subject matter and venue are proper:

      2.   This answering defendant has insufficient information or belief in order to respond to paragraphs 1-22, 24-29, 35-39, 43-44, and 54-57, inclusive of the instant complaint;

      3.   This answering defendant specifically and generally denies any and all remaining paragraphs of said complaint, and in said regard denies that plaintiff has been damaged in any manner whatsoever.

**FIRST AFFIRMATIVE DEFENSE**

The complaint and each cause of action therein fails to state facts sufficient to sustain a cause of action.

**SECOND AFFIRMATIVE DEFENSE**

The complaint and each cause of action therein is barred by the statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**

The complaint and each cause of action therein is subject to the doctrine of laches.

**FOURTH AFFIRMATIVE DEFENSE**

This answering defendant alleges that plaintiff's damages, if any, were directly and proximately caused, in whole or in part, by the negligence, carelessness, fault, recklessness, lack of due care, breach of contract, deceit, fraud, and/or the conduct of third parties and/or their agents, employees, servants and contractors.

**FIFTH AFFIRMATIVE DEFENSE**

This answering defendant alleges that plaintiff is guilty of negligence which contributed to its damages, if any.

**SIXTH AFFIRMATIVE DEFENSE**

This answering defendant alleges that plaintiff failed to exercise reasonable care and diligence to avoid the injuries, losses and damages, if any such injuries were in fact sustained (which this answering defendant expressly denies), and plaintiff's recovery must therefore be abated, reduced or eliminated or reduced for the proportion of fault attributed to plaintiff.

Wherefore this answering defendant prays for judgment as follows:

1 |
2 |                    1.    That plaintiff be denied any and all injunctive
3 |                          relief;
4 |                    2.    That plaintiff take nothing by way of its
5 |                          complaint;
6 |                    3.    For costs of suit; and
7 |                    4.    For reasonable attorney's fees;
8 |                    5.    For such other and further relief as the Court
9 |                          deems proper.
10 |
11 | Dated: December 27, 2007
12 |                                                        /s/
13 |                                           Byron C. Thompson
                                               Attorney for Defendant
14 |                                           Imad Fawzi Ghaith
15 |