1

**PROOF OF SERVICE**

2

3

     I, the undersigned, declare that I am employed in the County

4

of Alameda, State of California.  I am over the age of eighteen

5

(18) years and not a party to the within cause.  My business

6

address is 1714 Franklin Street, Suite 350, Oakland, CA  94612.

7

     On December 26, 2007 I served the within:

8

     **ANSWER TO COMPLAINT**

9

[X]  **BY MAIL** in said cause by placing a true copy thereof

10       enclosed in a sealed enveloped, with postage thereon
         fully prepaid, in the United States mail at Oakland, CA,

11       addressed as shown below.

12  [ ]  **BY HAND DELIVERY** by causing a true copy thereof, enclosed
         in a sealed envelope, to be delivered by hand to the

13       address(es) shown below.

14  [ ]  **BY OVERNIGHT DELIVERY** by placing a true copy thereof,
         enclosed in a sealed envelope, with delivery charges to

15       be billed to Thompson, Lawson LLP, to be delivered by
         Federal Express, to the address(es) shown below.

16

[X]  **BY FACSIMILE TRANSMISSION** by transmitting a true copy

17       thereof by facsimile transmission from facsimile number
         (510)835-2077 to the interested parties to said action at

18       the facsimile number(s) shown below.

19       **J. Andrew Coombs, A Prof. Corp.**
         **517 E. Wilson Avenue, Suite 202**

20       **Glendale, California 91206**

21

     I declare under penalty of perjury that the foregoing is true

22

and correct.  Executed on December 26, 2007 at Oakland, CA.

23

24

                                 _____

25                                    Byron C. Thompson

26

27

28