J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:     (818) 500-3201

Attorneys for Plaintiff Nike, Inc.

Byron C. Thompson (SBN 85675)
*ThomLawLLP@aol.com*
Law Offices of Byron C. Thompson
1714 Franklin Street, Suite 350
Oakland, CA  94612
Telephone:   (510) 835-1600
Facsimile:     (510) 835-2077

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| Nike, Inc. | Case No. 07-5607 JW (RSx) |
| Plaintiff, | JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| Imad Fawzi Ghaith, an individual and d/b/a The Twilight Zone and Does 1 through 10, inclusive, | |
| Defendants. | |

PLAINTIFF, Nike, Inc. ("Nike" or "Plaintiff") by and through its counsel of record, Annie Wang, of J. Andrew Coombs, A P.C., and Defendant Imad Fawzi Ghaith, an individual and d/b/a The Twilight Zone ("Ghaith" or "Defendant") by and through his counsel of record, Byron C. Thompson, of the Law Offices of Byron C. Thompson, hereby stipulate and agree as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter on March 31, 2008, at 10:00 a.m.;

WHEREAS Nike and the Defendant are attempting to finalize resolution of the claims alleged in the Complaint herein and are in the process of drafting and exchanging settlement documents;

Nike v. Ghaith, et al.: Joint Stip. to Cont. CMC                          - 1 -

WHEREAS there have been no prior continuances requested by the Parties; and

NOW, THEREFORE, Nike and the Defendants stipulate and agree that the Case Management Conference in the above captioned matter be continued until April 21, 2008, or a date thereafter acceptable to the Court.

Dated: March 12, 2008                J. Andrew Coombs, A Professional Corp.


By: _____/s/ Annie S. Wang_____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Nike, Inc.

Dated: March 12, 2008                Law Offices of Byron C. Thompson


By: _____/s/ Byron C. Thompson_____
    Byron C. Thompson
Attorney for Defendant

**PROOF OF SERVICE**

  I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

  On March 12, 2008, I served on the interested parties in this action with the following:

- STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
- [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Nike, Inc. v. Imad Fawzi Ghaith, an individual and d/b/a The Twilight Zone, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Imad Fawzi Ghaith, an individual and d/b/a<br>The Twilight Zone<br>1520 Broadway, #B<br>Oakland, California 94612 | |

Place of Mailing: Glendale, California
Executed on March 12, 2008, at Glendale, California

_____
Katrina Bartolome