1   J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2   Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3   J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4   Glendale, California 91206
   Telephone:   (818) 500-3200
5   Facsimile:   (818) 500-3201

6   Attorneys for Plaintiff Nike, Inc.

7   Byron C. Thompson (SBN 85675)
   *ThomLawLLP@aol.com*
8   Law Offices of Byron C. Thompson
   1714 Franklin Street, Suite 350
9   Oakland, CA  94612
   Telephone:   (510) 835-1600
10   Facsimile:   (510) 835-2077

11   Attorney for Defendant

**IT IS SO ORDERED AS MODIFIED**

*James Ware*

Judge James Ware

13          UNITED STATES DISTRICT COURT

14     NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | | |
|---|---|---|
| Nike, Inc. | ) | Case No. 07-5607 JW (RSx) |
| | ) | |
| Plaintiff, | ) | **ORDER VACATING CASE** |
| | ) | **MANAGEMENT CONFERENCE;** |
| v. | ) | **SETTING ORDER TO SHOW** |
| | ) | **CAUSE RE: SETTLEMENT** |
| Imad Fawzi Ghaith, an individual and d/b/a The | ) | |
| Twilight Zone and Does 1 through 10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

     On or about November 5, 2007, the Court set a Case Management Conference on March 31, 2008 at 10:00 a.m.

     The Parties thereafter filed their joint request to continue the Case Management Conference to allow them sufficient time to draft and exchange settlement documents.

1    In light of the settlement, the Court vacates all trial and pretrial dates. On or before **April**

2  **21, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41

3  (a).

4    If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,

5  4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **April 28, 2008 at**

6  **9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ.

7  P. 41(b). On or before **April 21, 2008**, the parties shall file a joint statement in response to the

8  Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for

9  finalizing the settlement and how much additional time is requested to finalize and file the

10  dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be

11  automatically vacated.

12    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

13  this action.

14

15  Dated: March 17, 2008

16                                         _____

17                                         JAMES WARE

18                                         United States District Judge

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On March 12, 2008, I served on the interested parties in this action with the following:

- STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
- [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

Nike, Inc. v. Imad Fawzi Ghaith, an individual and d/b/a The Twilight Zone , et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter.  I am readily familiar with the office's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business.  I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Imad Fawzi Ghaith, an individual and d/b/a The Twilight Zone 1520 Broadway, #B Oakland, California 94612 | |

Place of Mailing: Glendale, California
Executed on March 12, 2008, at Glendale, California


Katrina Bartolome