J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Nike, Inc.

Byron C. Thompson (SBN 85675)
*ThomLawLLP@aol.com*
Law Offices of Byron C. Thompson
1714 Franklin Street, Suite 350
Oakland, CA  94612
Telephone:   (510) 835-1600
Facsimile:   (510) 835-2077

Attorney for Defendant

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| Nike, Inc. ) | Case No. 07-5607 JW (RSx) |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER RE STIPULATED |
| v. ) | DISMISSAL |
| ) | |
| Imad Fawzi Ghaith, an individual and d/b/a The ) | |
| Twilight Zone and Does 1 through 10, inclusive, ) | |
| ) | |
| Defendants. ) | |

Nike v. Ghaith, et al.: Proposed Order re Stipulated Dismissal      - 1 -

     Pursuant to the Parties' stipulation, except for the allegations contained in the Court entered Consent Decree filed on April 22, 2008, the claims alleged in the Complaint against Defendant Imad Fawzi Ghaith, an individual and d/b/a The Twilight Zone by Plaintiff Nike, Inc. are dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 24, 2008

_____
Hon. James Ware
Judge, United States District Court for
the Northern District of California

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: _____/s/ Annie S. Wang_____
     J. Andrew Coombs
     Annie S. Wang
Attorneys for Plaintiff Nike, Inc.

Law Offices of Byron C. Thompson

By: _____/s/ Byron C. Thompson____
     Byron C. Thompson
Attorney for Defendant

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On April 24, 2008, I served on the interested parties in this action with the following:

- STIPULATED DISMISSAL
- PROPOSED ORDER RE STIPULATION DISMISSAL

for the following civil action:

<u>Nike, Inc. v. Imad Fawzi Ghaith, an individual and d/b/a The Twilight Zone, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Byron C. Thompson<br>Law Offices of Byron C. Thompson<br>1714 Franklin Street, Suite 350<br>Oakland, CA 94612 | |

Place of Mailing: Glendale, California
Executed on April 24, 2008, at Glendale, California.

_____
Katrina Bartolome